IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00132-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     HIEN KHANH LAI,

    Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

    **IT IS HEREBY ORDERED** that a hearing will be held on **October 28, 2008,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the Petition Due to Violation of Supervised Release.

    DATED this 13th day of August, 2008.

                                                        **BY THE COURT:**

                                                        */s/ Marcia S. Krieger*

                                                        Marcia S. Krieger
                                                        United States District Judge